PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Amy M. Altona      Docket No.      2:13CR00096-008

**Petition for Action on Conditions of Pretrial Release**

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Amy M. Altona, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 20th day of June 2013, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to using marijuana.

REQUEST FOR NO ACTION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/01/2013

by s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ✓ ] No Action, provided there are no more positive UAs.*
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

\* In addition, if MRT recommends no alcohol, defendant may not use alcohol.

Signature of Judicial Officer

08-01-2013 at 12:45 p.m.
Date